```
            UNITED STATES DISTRICT COURT
                DISTRICT OF MINNESOTA
              CIVIL NO. 21-2085(DSD/TNL)
```

Shawn Canada,

        Plaintiff,

v.                                  **ORDER**

Jodi Williamson, James Johnson,
Alex Bunger, James Eric Hasse,
and Mark Ostrem,

        Defendants.

This matter is before the court upon the report and recommendation (R&R) of United States Magistrate Judge Tony N. Leung dated December 13, 2021. No objections have been filed to that report and recommendation in the time period permitted.

Accordingly, based on the R&R and the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 7] is adopted in its entirety;

2. This case is dismissed without prejudice;

3. Plaintiff's motions to proceed in forma pauperis [ECF Nos. 3, 6] are denied as moot; and

4. Plaintiff's motion for a temporary restraining order [ECF No. 4] is denied.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 6, 2022

                                            s/David S. Doty
                                            David S. Doty, Judge
                                            United States District Court